371 A.2d 512
Commonwealth ex rel. Boatman v.
Boatman, Appellant.

Argued September 17, 1976. Sidney A. Simon, for appellant; Anthony D. Miele, for appellee.

Order affirmed.

371 A.2d 512
Commonwealth ex rel. Davis v. Davis, Appellant.

Argued September 16, 1976. Kenneth R. Williams, with him Eastburn and Gray, for appellant; James A. Cunningham, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.